AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Kai Hansjurgens

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-202

Donald H. Bailey

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated August 10, 2012, this appeal is dismissed on

jurisdictional grounds.



August 10, 2012
_____
Date

Scott L. Boff
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03