# United States District Court
## *Southern District of Georgia*

Kai Hansjurgens

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV411-202

Donald H. Bailey

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated August 10, 2012, this appeal is dismissed on

jurisdictional grounds.



August 10, 2012
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*